## ALTUM, Respondent, v. ARNOLD, Appellant.

1. Where cases commenced since the revised code of 1855 went into effect are tried by the court without a jury, questions of law should be raised by instructions, or declarations of law.

*Appeal from Crawford Circuit Court.*

*Arnold*, for appellant.

RICHARDSON, Judge, delivered the opinion of the court.

This suit was commenced since the revised statutes of 1855 took effect, and was tried by the court without instructions, and without raising any questions of law during the progress of the trial. Therefore, according to the settled practice of this court, which has been established by a series of decisions and recognized in several cases at the present term, the judgment must be affirmed. The other judges concur.